Case #: 1:16-CV-01767 (RBW)

UNITED STATES DISTRICT COURT
OF WASHINGTON DC

Barry Ahuruonye,

    Plaintiff(s),
    V.
Department of the Interior (Defendants) et al

              Defendant(s).

Case #: 1:16-CV-01767 (RBW)

May 8, 2018

### Plaintiff Motion for Reconsideration

Plaintiff respectfully file this motion for Reconsideration under Federal Rule of Civil Procedure 59(e) For the court dismissal of a mixed MSPB final decision of 7/15/16. The court had dismissed it as untimely, according to the court own record, the Plaintiff filed the pleading on 8/2/16 @ Exhibit A By means of two court orders, the court dismissed it without prejudice to cure procedural defects @ Exhibit B

The court did not list its judicial review of a 7/28/17 EEOC OFO decision with respect to an unlawful termination of the plaintiff's health benefits on 4/7/13 @ Exhibit C

According to advisory committee notes : subdivision has been added to care for a situation such as that arising in Boaz v. Mutual Life Ins. Co. of New York (C.C.A.8th, 1944) 146 F.(2d) 321, and makes clear that the district court possesses the power asserted in that case to alter or amend a judgment after its entry.

Respectfully submitted,

Barry Ahuruonye

This 8th day of May, 2018

### Plaintiff List of Exhibits from Court own docket

(1) Exhibit A Plaintiff filed the pleading on 8/2/16

(2) Exhibit B two court orders, the court dismissed it without prejudice to cure procedural defects

(3) Exhibit C 7/28/17 EEOC OFO decision with respect to an unlawful termination of the plaintiff's health benefits on 4/7/13

Case #: 1:16-CV-01767 (RBW)

CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing Motion to be served, on this 5/8/18

By mail to:

<u>Agency Representative</u>

PATRICIA K. MCBRIDE,  Assistant United States Attorney Civil Division 555 4th Street, NW, Room E-4808 Washington, DC 20530

Plaintiff

Barry Ahuruonye

200I Oglethorpe Street#202

Hyattsville, MD20782

202-748-4771

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013. All rights reserved.

PRESS FIRMLY TO SEAL

FROM:
BARRY AHURYOUTE
2001 OGLethorpe st
#282 Hyattsville
MD 20782

TO:
CLERK OF THE COURT
333 CONSTITUTIONAL
AVENUE
N.W WASHINGTON
DC 20001

UNITED STATES POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

EP14F July 2013
OD: 12.5 x 9.5

Retail
OSTAGE PAID
6.70
1024
Y MAIL 1-Day® C003
05/09/2018
RACKING NUMBER
5127 2462 8128 1889 01

INTERNATIONALLY,
MS DECLARATION
AY BE REQUIRED.

0010000 14